## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY  )
INFORMATION CENTER,  )
                            )
        Plaintiff,  )
                            )  **Civil Case No. 10-1533 (RJL)**
        v.  )
                            )
NATIONAL SECURITY AGENCY,  )
                            )
        Defendant.  )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 8th day of July, 2011, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [#9] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment [#11] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge